UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 07-00949-CJC(RNBx) | Date | February 23, 2009 |
|---|---|---|---|
| Title | U.S.A. ex rel Stephen Kramer v. Call/Recall, et al | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|

| Michelle Urie | Maria Dellaneve |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Donald R. Warren | None Present |

**Proceedings:** PLAINTIFF'S MOTION TO WITHDRAW AS ATTORNEYS FOR QUI TAM PLAINTIFF AND TO PERMIT A REASONABLE TIME TO RETAIN NEW COUNSEL (fld 1/28/09)

    Motion hearing held.  Court and counsel confer.  Court GRANTS plaintiff's motion to withdraw as attorney for Qui Tam plaintiff and to permit a reasonable time to retain new counsel.  Order signed and filed this date.

: 04

Initials of Preparer    mu