UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 07-00949-CJC(RNBx) | Date April 10, 2009 |
| Title United States of America ex rel. Stephen Kramer v. Call/Recall, Inc., et al | |

Present: The Honorable  CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Michelle Urie | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION

Plaintiff filed this action on August 4, 2007. On February 23, 2009, this Court issued an Order for withdrawal of attorneys and setting time for Qui Tam Plaintiff to retain new counsel by March 23, 2009 or the case would be dismissed. Qui Tam Plaintiff has failed to respond to the Court's Order.

Therefore, the Court ORDERS that this action is dismissed without prejudice for lack of prosecution, and for failure to comply with the Orders of the Court.

: 0

Initials of Preparer   mu